
RECEIVED

JUN 2 2 2006

Federal Public Defender
San Francisco

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CABN 138549)
3  Chief, Criminal Division

4  NAHLA RAJAN (CSBN 218838)
   Special Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
   Telephone: (415) 436-6838
7  Facsimile:  (415) 436-7234
   Email: nahla.rajan@usdoj.gov
8

9  Attorneys for Plaintiff

FILED

JUN 3 0 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                 UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )    No.  3-06-70345 MEJ
                                       )
14        Plaintiff,                   )
                                       )
15  v.                                 )    [PROPOSED] ORDER AND
                                       )    STIPULATION EXTENDING TIME
16  EDMON BRENT ALLEN,                 )    UNDER RULE 5.1 AND EXCLUDING
                                       )    TIME UNDER THE SPEEDY TRIAL ACT
17        Defendant.                   )
                                       )
    _____)
18

The parties stipulate and agree, and the Court finds and holds, as follows:

19
        1. The parties initially appeared on the instant matter June 5, 2006 for defendant's initial
20
appearance on the complaint.  On June 14, 2006, the parties again appeared in front of the
21
Honorable Maria-Elena James for a detention hearing and the matter was continued to July 7,
22
2006 for arraignment.
23
        2 On June 14, 2006, Assistant Public Defender Ronald Tyler, who represents the
24
defendant, requested an exclusion of time from June 14, 2006 to July 7, 2006, based on effective
25
preparation and continuity of counsel.  The defendant agreed to an extension of time for the
26
preliminary hearing under Federal Rule of Criminal Procedure 5.1(d) and an exclusion of time
27
under the Speedy Trial Act.  The parties are involved in discussions which appear likely to lead
28
to pre-indictment resolution of this case.  Therefore, the parties are requesting an extension of

STIPULATION AND PROPOSED ORDER              1
3-06-70345 MEJ

1   time under Rule 5.1(d) and an exclusion of time under the Speedy Trial Act.  The parties agree

2   that the time from June 14, 2006 to July 7, 2006 should be extended under Rule 5.1(d) and

3   excluded in computing the time within which an information or indictment must be filed.  See 18

4   U.S.C. § 3161(h)(8)(A) and (B)(iv).

5        3.  In light of the foregoing facts, the failure to grant the requested exclusion would

6   unreasonably deny counsel for the defense the reasonable time necessary for effective

7   preparation, taking into account the exercise of due diligence.  See id.  The ends of justice would

8   be served by the Court excluding the proposed time period.  These ends outweigh the best

9   interest of the public and the defendant in a speedy trial.  See id.  § 3161(h)(8)(A).

10       4.  For the reasons stated, the time period from June 14, 2006 to July 7, 2006 is extended

11  under Rule 5.1(d) and excluded from the calculation of time under the Speedy Trial Act, 18

12  U.S.C. § 3161(h)(8)(A).

13

14  IT IS SO STIPULATED.

15

16  DATED: _6/16/06_                          Respectfully Submitted,

17

18                                           NAHLA RAJAN
                                             Special Assistant United States Attorney
19

20  DATED: _6/28/06_                         _____
                                             RONALD TYLER
21                                           Counsel for Edmon Brent Allen

22
    PURSUANT TO STIPULATION, IT IS SO ORDERED.
23

24  DATED: _6/30/06_

25                                           HONORABLE MARIA-ELENA JAMES
                                             United States Magistrate Judge   NANDOR VADAS
26

27

28

STIPULATION AND PROPOSED ORDER                2
3-06-70345 MEJ