KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6838
    Facsimile:  (415) 436-7234
    Email: nahla.rajan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. 3-06-70345 MEJ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER AND STIPULATION EXTENDING TIME UNDER RULE 5.1 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| EDMON BRENT ALLEN, | ) | |
| Defendant. | ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. The parties initially appeared on the instant matter in front of the Honorable Maria-Elena James on June 5, 2006 for defendant's initial appearance on the complaint. On June 14, 2006, the parties appeared for a detention hearing and the matter was continued to July 7, 2006 for arraignment. On July 7, 2006, the matter was again continued to July 28, 2006 for arraignment.

    2. On July 28, 2006, the parties appeared in front of the Honorable Bernard Zimmerman, and the matter was continued to September 13, 2006 for arraignment.

    3. On July 28, 2006, Assistant Public Defender Ronald Tyler, who represents the defendant, requested an exclusion of time from July 28, 2006 to September 13, 2006, based on effective preparation and continuity of counsel. The defendant agreed to an extension of time for

STIPULATION AND PROPOSED ORDER                1
3-06-70345 MEJ

1 | the preliminary hearing under Federal Rule of Criminal Procedure 5.1(d) and an exclusion of
2 | time under the Speedy Trial Act. The parties are involved in discussions which appear likely to
3 | lead to pre-indictment resolution of this case. Therefore, the parties are requesting an extension
4 | of time under Rule 5.1(d) and an exclusion of time under the Speedy Trial Act. The parties agree
5 | that the time from July 28, 2006 to September 13, 2006 should be extended under Rule 5.1(d)
6 | and excluded in computing the time within which an information or indictment must be filed.
7 | See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

8 |     4. In light of the foregoing facts, the failure to grant the requested exclusion would
9 | unreasonably deny counsel for the defense the reasonable time necessary for effective
10 | preparation, taking into account the exercise of due diligence. See id. The ends of justice would
11 | be served by the Court excluding the proposed time period. These ends outweigh the best
12 | interest of the public and the defendant in a speedy trial. See id. § 3161(h)(8)(A).

13 |     5. For the reasons stated, the time period from July 28, 2006 to September 13, 2006 is
14 | extended under Rule 5.1(d) and excluded from the calculation of time under the Speedy Trial
15 | Act, 18 U.S.C. § 3161(h)(8)(A).

17 | IT IS SO STIPULATED.

19 | DATED: August 1, 2006      Respectfully Submitted,

21 |     /S/
    NAHLA RAJAN
    Special Assistant United States Attorney

23 | DATED: August 16, 2006      /S/
    RONALD TYLER
24 |     Counsel for Edmon Brent Allen

26 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

28 | DATED: 16 Aug 06      _/s/_
    HONORABLE BERNARD ZIMMERMAN
    United States Magistrate Judge

STIPULATION AND PROPOSED ORDER      2
3-06-70345 MEJ